UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | | |
|---|---|---|
| SHIRLEY CARLSON,<br>　　Plaintiff, | § § § § § | |
| v. | § § § | **Civil Action No.** 22-1506 |
| | § § § | |
| LAKEVIEW LOAN SERVICING, LLC,<br>　　Defendant, | § § | |

## JOINT NOTICE OF SETTLEMENT

Plaintiff Shirley Carlson and Defendant Lakeview Loan Servicing, LLC (collectively, the "Parties"), hereby file this Joint Notice of Settlement, respectfully showing the Court as follows:

The Parties have reached a settlement regarding the claims and causes of action asserted in the above-referenced and numbered cause. The Parties fully expect to present dismissal papers to the Court within sixty (30) days. To preserve judicial economy, the Parties request that the Court remove this case from the trial docket and abate all deadlines.

Respectfully submitted,

**BARRETT DAFFIN FRAPPIER TURNER & ENGEL, LLP**

  /s/ R. Matthew Graham
R. Matthew Graham – *Attorney in Charge*
State Bar No. 24027186
SD No. 3747762
Robert D. Forster, II
State Bar No. 24048470
SD No. 2647781
4004 Belt Line Rd., Ste. 100
Addison, Texas 75001
(972) 341-5030 (telephone)
(972) 341-0734 (facsimile)
MatthewG@BDFGroup.com
RobertFO@BFGGroup.com
**ATTORNEYS FOR DEFENDANT**


*/s/ James Minerve*
James Minerve
State Bar No. 24008692
The Minerve Law Firm
13276 N. Highway 183, Ste. 209
Austin, Texas 78750
(888) 819-1440 – Telephone
(888) 230-6397 – Facsimile
jgm@minervelaw.com
**ATTORNEY FOR PLAINTIFF**

## CERTIFICATE OF SERVICE

I hereby certify that on this 20th day of June, 2022, I electronically filed the foregoing with the Clerk of the Court using the CM/ECF filing system, and will send a true and correct copy to the following:

**VIA E-Service:  jgm@minervelaw.com**
James Minerve, Esq.
13276 N. Highway 183, Ste. 209
Austin, Texas 78750
*Attorney for Plaintiff*

  /s/ R. Matthew Graham
R. Matthew Graham